UNITED STATES of America, Plaintiff-Appellee,

v.

Marsha KING, Defendant-Appellant.

No. 16-7318

United States Court of Appeals, Fourth Circuit.

Submitted: January 31, 2017

Decided: February 3, 2017

Marsha King, Appellant Pro Se. Stephen Westley Haynie, Assistant United States Attorney, Joseph Kosky, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marsha King appeals the district court's orders denying her "Motion To Stay Restitution Until Release From Incarceration and To Set Schedule Payments for Assessment Fine" and her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. King, No. 2:14–cr–00065–RAJ–DEM–1 (E.D. Va. Sept. 6 & Sept. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before this court and argument would not aid the decisional process.

AFFIRMED